No. 05–6442. PHILLIPS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6444. THELEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–6451. HINES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6452. INGRAM *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–6454. GILCHRIST *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6457. MURCIA-PERLAZA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6458. BRAVO-MUZQUIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6459. OSTOS-DEL ANGEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6462. LOCKETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6463. MANNING *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6467. MARTINEZ *v.* UNITED STATES; GAMBOA *v.* UNITED STATES; ECHAVARRIA *v.* UNITED STATES; COWAN *v.* UNITED STATES; GONZALEZ *v.* UNITED STATES; NAVARRO-LERMA *v.* UNITED STATES; VILLASENOR *v.* UNITED STATES; and VASQUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6469. CARSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.